UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANCHAI DONG,<br><br>                              Plaintiff,<br><br>            -against-<br><br>ALEJANDRO MAYORKAS, Secretary U.S. Department of Homeland Security et al.,<br><br>                              Defendants. | 24-CV-7332 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: October 2, 2024
       New York, New York

                                                                SO ORDERED.

                                                                *Jessica Clarke*
                                                                _____
                                                                JESSICA G. L. CLARKE
                                                                United States District Judge